UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL POZNIAK,

        No. 06-15709

    Plaintiff,        District Judge Denise Page Hood

v.        Magistrate Judge R. Steven Whalen

CITY OF ROYAL OAK, ET.AL.,

    Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on May 15, 2008, Defendants' Motion for Protective Order [Docket #61] is GRANTED IN PART AND DENIED IN PART.

The request to quash the deposition of Defendant Weippert is DENIED.

The request to limit the scope of the depositions is GRANTED, to the extent set forth on the record.

SO ORDERED.


        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: May 15, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 15, 2008.

                          S/Gina Wilson
                          Judicial Assistant